1  Robert H. Horn, SBN 134710
   <rhorn@proskauer.com>
2  Robert D. Forbes, SBN 275611
   <rforbes@proskauer.com>
3  PROSKAUER ROSE LLP
   2049 Century Park East, 32nd Floor
4  Los Angeles, CA  90067-3206
   Telephone:     (310) 557-2900
5  Facsimile:     (310) 557-2193

6  Attorneys for Plaintiff
   National Academy of Recording Arts &
7  Sciences, Inc.

8               UNITED STATES DISTRICT COURT

9               CENTRAL DISTRICT OF CALIFORNIA

10

11 NATIONAL ACADEMY OF                CASE NO. CV 05-8839 SJO (MANx)
   RECORDING ARTS & SCIENCES,
12 INC., a Delaware corporation,      **ORDER OF CONTEMPT**

13            Plaintiff,              Date: October 15, 2012
                                      Time: 8:30 a.m.
14       vs.                          Place: Courtroom 1

15 BLUEFISH CONCIERGE, INC., a        Hon. S. James Otero
   Florida Corporation; and STEPHEN
16 SIMS, an individual.

17            Defendants.

18
19
20
21
22
23
24
25
26
27
28

1    The contempt proceedings against defendants Bluefish Concierge, Inc.,
2 Bluefish Group, LLC ("Bluefish"), and Stephen Sims ("Sims") came on for hearing
3 by the Court on October 15, 2012, at 8:30 a.m., pursuant to the order to show cause
4 issued by the Court on August 10, 2012.  Plaintiff National Academy of Recording
5 Arts & Sciences, Inc. ("The Recording Academy") appeared by counsel Robert H.
6 Horn of Proskauer Rose LLP.  Bluefish and Stephen Sims appeared by counsel
7 Thomas M. Regele.  Pursuant to the stipulation of the parties filed on October 14,
8 2012, and good cause having been shown,
9    IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:
10   1.   Bluefish and Sims willfully violated the permanent injunction entered
11 by the Court in this action on May 24, 2006 (the "Permanent Injunction").  Bluefish
12 and Sims knew of the existence and content of the Permanent Injunction, and had
13 the ability to comply with the Permanent Injunction.  Bluefish and Sims stipulated
14 that they willfully violated the permanent injunction when they:  (a) advertised for
15 sale credentials to the 2012 MusiCares® Person of the Year event held during the
16 weekend of the GRAMMY Awards; (b) solicited the purchase and sale of such
17 credentials; (c) brokered the purchase and sale of 14 such credentials; (d) aided and
18 facilitated unauthorized access by the purchasers of such credentials to the 2012
19 MusiCares Person of the Year event; and (v) received a $20,000 profit from the sale
20 of such credentials.
21   2.   Concurrently herewith, Sims, individually and on behalf of Bluefish
22 Concierge, Inc. (until such time as the company was placed in involuntary
23 bankruptcy) and Bluefish Group, LLC, and each of their respective agents, servants,
24 employees, successors and assigns, and all those acting in concert or participation
25 with any such persons (collectively, the "Sims Parties"), shall file a sworn
26 declaration stating:  (i) the year, category, section, row, seat of each ticket and/or
27 table number of each credential to the GRAMMY Awards and/or any pre- and post-
28 ceremony events sponsored by or affiliated with The Recording Academy (e.g., the

MusiCares Person of the Year event) purchased and/or sold by any of the Sims Parties since May 24, 2006; (ii) the name and contact information of each seller from whom any of the Sims Parties purchased each ticket or credential; (iii) the consideration paid by any of the Sims Parties for each ticket or credential; (iv) the name and contact information of each purchaser to whom any of the Sims Parties sold each ticket or credential, and (v) the consideration received by any of the Sims Parties for the sale of each ticket or credential;

3.  Bluefish and Sims shall pay to The Recording Academy $125,000, which is the sum of:

    (a) Disgorgement of profits and treble damages in the total amount of $60,000; and

    (b) Reasonable attorneys' fees and costs incurred by The Recording Academy in connection with this proceeding in the amount of $65,000.

4.  If Bluefish and Sims pay $100,000 of the $125,000 award to The Recording Academy on or before December 31, 2012, payment of the $25,000 balance shall be stayed unless and until Bluefish or Sims, their respective agents, servants, employees, successors and assigns, and all those acting in concert or participation with any such persons, violate the Permanent Injunction in the future.

5.  If Bluefish and Sims fail to pay $100,000 of the $125,000 award to The Recording Academy on or before December 31, 2012, Bluefish and Sims shall pay the entire $125,000 award to The Recording Academy on or before January 31, 2013.

6.  The Court shall retain jurisdiction to enforce the terms of this order.

Dated: October 16, 2012

*S. James Otero*
S. James Otero
United States District Judge

-2-